# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-603-CAS (AGR) | Date | November 25, 2008 |
|---|---|---|---|
| Title | Samantha Jenkins v. Michael J. Astrue | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:**        In Chambers   **RE ORDER TO SHOW CAUSE**

On August 11, 2008, this Court granted counsel's motion to withdraw as counsel for Plaintiff Samantha Jenkins. (Dkt. No. 16.) The order became effective when counsel filed a proof of service evidencing that Plaintiff was served with the court order. (Dkt. No. 17.)

No Notice of Appearance has been filed by new counsel. Therefore, as set forth in the Order dated August 11, 2008, this matter proceeds with Samantha Jenkins appearing pro se.

Pursuant to the Order dated August 11, 2008, Plaintiff Samantha Jenkins was to file and serve her motion for judgment on the pleadings on or before November 19, 2008. The Order stated that "[i]f Plaintiff does not file and serve a motion for judgment on the pleadings on or before November 19, 2008, this action will be subject to dismissal without prejudice for failure to prosecute and failure to comply with a court order." Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962).

To date, Plaintiff has not filed and served a motion for judgment on the pleadings.

IT IS HEREBY ORDERED that Plaintiff show cause on or before ***December 24, 2008***, why this case should not be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. Filing and service of a motion for judgment on the pleadings on or before December 24, 2008, shall be deemed compliance with this Order to Show Cause.

Plaintiff is cautioned that, if she fails to file and serve a motion for judgment on the pleadings or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-603-CAS (AGR) | Date | November 25, 2008 |
|---|---|---|---|
| Title | Samantha Jenkins v. Michael J. Astrue | | |

otherwise respond to this Order to Show Cause on or before December 24, 2008, this Court will dismiss this action without prejudice for failure to prosecute and/or failure to comply with a court order. Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962).


cc: The parties

0 : 0

Initials of Preparer    mp