UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAMANTHA JENKINS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>                    Defendant. | CASE NO. CV 08-603 AGR<br><br>**JUDGMENT** |

     IT IS HEREBY ADJUDGED that judgment is entered dismissing this action without prejudice for failure to prosecute.

DATED: January 7, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE